IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| Caroline County Branch of the National Association for the Advancement of Colored People, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>Town of Federalsburg, Maryland,<br><br>*Defendant*. | Civil Action No. 23-cv-00484-SAG |

## ANSWER

Defendant Town of Federalsburg, Maryland (the "Town"), by its attorneys, Lyndsey J. Ryan, Curtis H. Booth, and Booth, Cropper & Marriner, P.C., pursuant to the Federal Rules of Civil Procedure, hereby Answers the Complaint for Declaratory and Injunctive Relief, and each and every count thereof, as follows:

1-4.    The statements in paragraphs 1 through 4 of the Complaint are introductory in nature and are not allegations that require admission or denial.  Generally, Defendant admits that 47 percent of the Federalsburg population is Black and that no Black person has been elected yet to municipal office. Defendant also specifically denies that its existing election system violated Section 2 of the Voting Rights Act of 1965.  To the extent any other specific assertions in the Introduction Section of the Complaint require an admission or denial, the assertions are hereby denied.

5.    Defendant admits the allegations in paragraph 5 of the Complaint, but denies that Plaintiffs are entitled to the relief requested.

6.    Defendant admits that venue is proper in this Court.

7-8. Defendant is without sufficient information to either admit or deny the allegations in paragraphs 7 and 8 and those allegations are therefore denied.

9. Defendant admits that the individual Plaintiffs are Black citizens who are registered voters and Federalsburg residents, but denies the remainder of the allegations in paragraph 9.

10-12. Defendant admits the allegations in paragraphs 10 through 12 as of the time this suit was filed, but also admits that the Defendant has since amended its Charter and the election system.

13-18. Defendant denies the allegations in paragraphs 13 through 18.

19-26. Defendant admits that Black residents of Maryland's Eastern Shore, including those in Caroline County and Federalsburg have been subjected to racial discrimination and oppression, some of which was egregious. However, the Defendant denies that the Town's election system in place at the time this lawsuit was filed Violated Section 2 of the Voting Rights Act of 1965. Notwithstanding the foregoing, the Town has acted to amend its Charter to improve that election system to benefit Black residents of Federalsburg. The Defendant also denies the allegations in paragraph 24 relating to the Federalsburg Police Department. The Defendant is presently without sufficient information to form a belief as to the truth of the remaining allegations in paragraphs 19 through 26 and those allegations are therefore denied.

27. Defendant admits that the such communications occurred as alleged but denies that the then-existing election system violated the Voting Rights Act.

28. Defendants admit that Plaintiffs recommended the adoption of a racially fair district system and elimination of staggered terms, which the Defendant was in the process of enacting when this lawsuit was filed. Defendants deny the remaining allegations in paragraph 28.

29. Defendants admit the allegations in paragraph 29, with the exception of the last sentence, which is denied.

30. Defendants admit that the meeting occurred as alleged in paragraph 30, but deny that voting rights violations occurred.

31. Defendants admit that the public hearing occurred as alleged in the first and third sentences of paragraph 31, but are without sufficient information to form a belief as to the truth of the allegations in the second and fourth sentences, which are therefore denied.

32-35. Defendant admits the allegations in paragraphs 32 through 35.

36. Defendant denies the allegations in paragraph 36 as phrased.

37. Defendant admits the allegations in the first sentence but is without sufficient information to form a belief as to the truth of the allegations in the remainder of paragraph 37, which are therefore denied.

38-40. Defendant denies the allegations in paragraphs 38 through 40 as phrased, and specifically denies the allegations regarding the pace of the Defendant's efforts.

41. Defendant admits that the communications occurred but denies that the then-existing election system violated the Voting Rights Act.

42-44. Defendant denies the allegations in paragraphs 42 through 44.

45. Defendant admits the allegations in paragraph 45, but also admits that the Defendant did not adopt or approve the proposal.

46. Defendant admits the allegations in paragraph 46, but denies that the Plaintiffs' repeatedly opposed the proposed changes.

47-49. Defendant denies the allegations in paragraphs 47 through 49.

50. Defendant realleges and incorporates by reference its responses to the preceding paragraphs as if fully restated herein.

51. Defendant admits the allegations in paragraph 51.

52-53. Defendant denies the allegations in paragraphs 52 and 53.

Having fully answered all the material allegations in each and every paragraph of the Complaint for Declaratory and Injunctive Relief, this Defendant also sets forth the following specific defenses:

I

Plaintiffs' claims fail to set forth claims upon which relief can be granted.

II

Plaintiffs' claims are moot in that the election system in effect at the time this lawsuit was initiated have been changed by the Town's adoption of Charter amendments that created two electoral districts with two Councilmembers serving each district.

WHEREFORE, the Town respectfully requests that this Court dismiss and/or enter judgment in favor of the Defendant on Plaintiffs claims alleged herein, and deny all of Plaintiffs' claimed relief, and award Defendant its fees and costs incurred herein, and such other and further relief as justice requires.

Respectfully submitted,

/s/#
Lyndsey J. Ryan, Esquire (Bar # 19769)
Curtis H. Booth, Esquire (Bar # 24662)
Booth, Cropper & Marriner, P.C.
130 North Washington Street
Easton, Maryland 21601
(410) 822-2929
lryan@bbcmlaw.com
cbooth@bbcmlaw.com
*Attorneys for Town of Federalsburg*

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on this 21st day of April, 2023, a copy of the foregoing Answer was electronically filed and served on all counsel of record.

              _____/s/_____
              Curtis H. Booth, Federal Bar # 24662