**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **CAROLINE COUNTY BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **Civil Case No. SAG-23-00484** |
| **TOWN OF FEDERALSBURG MARYLAND,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * *

**ORDER**

It is this 18th day of DECEMBER, 2023, ORDERED that the Clerk shall reopen this case.

/s/
Stephanie A. Gallagher
United States District Judge